JOSEPH H. CLARK, Respondent, *v.* JOHN J. HALLIGAN, Individually and as Executor of and Trustee under the Will of CATHERINE CLARK, Deceased, et al., Appellants.

*Clark* v. *Halligan,* 158 App. Div. 33, affirmed.
(Argued May 5, 1915; decided May 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 17, 1913, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to have a certain legacy declared a charge and lien upon the real estate of the deceased.

*John J. Halligan* for appellants.

*Andrew E. Delaney* and *John B. Holmes* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ.